## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Kleinfeld did not participate in the deliberations or vote in this case.

**State of ALASKA, OFFICE OF the GOVERNOR, Petitioner,**

v.

**EEOC; United States of America, Respondents.**

No. 07–70174.

United States Court of Appeals, Ninth Circuit.

July 3, 2008.

Brenda B. Page, Attorney General's Office, State of Alaska, Attorney General, State of Alaska, Assistant Attorney General, Anchorage, AK, for Petitioner.

Nelson P. Cohen, Office of the U.S. Attorney, Anchorage, AK, Ronald Cooper, Office of General Counsel, Stephen Llewellyn, U.S. Employment Opportunity Comm. Office of Federal Operations, Stephanie R. Marcus, Marleigh Dover, U.S. Department of Justice, Civil Division/Appellate Staff, Paul D. Ramshaw, U.S. Equal Employment Opportunity Commission, Washington, DC for Respondents.